

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2013

No. 04-13-00199-CR

Jorge **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR1083
Honorable Mary D. Roman, Judge Presiding

# ORDER

On April 22, 2013, the court reporter in this case filed a notice of late record stating that appellant is not entitled to appeal without paying the fee for the reporter's record, and appellant has failed to pay the fee for the reporter's record or make arrangements to pay the fee for the reporter's record. The court reporter's notice of late record is NOTED.

Furthermore, on April 5, 2013, we issued an order warning appellant that this appeal will be dismissed pursuant to Texas Rule of Appellate Procedure 25.2(d), unless a trial court certification showing that appellant has the right to appeal is made part of the appellate record by May 6, 2013. The April 5, 2013, order suspends all appellate deadlines until further order of this court.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2013.

Keith E. Hottle
Clerk of Court